**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSH SANFORD** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-01261-BSM**

**PAID TO THINK, INC.** **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice and the parties will bear their own fees and expenses.

IT IS SO ORDERED this 9th day of November, 2026.

UNITED STATES DISTRICT JUDGE